THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Andy Gilchrist, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

Appeal from Aiken County
  Doyet A. Early, III, Post-Conviction
Judge

Opinion No.  2009-MO-053
 Submitted September 17, 2009  Filed
October 12, 2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mary
 S. Williams, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the denial of Petitioners application for Post-Conviction Relief.  We now dismiss
 the writ as improvidently granted.
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.